# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: DACHS, JERALD KEITH                    §        Case No. 14-19697-ABG
                                              §
                                              §
                                              §
Debtor(s)                                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOHN E. GIERUM_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee.   If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm
on January 8, 2016   in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed:  12/02/2015            By:  /s/JOHN E. GIERUM

                                                                    Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: DACHS, JERALD KEITH § Case No. 14-19697-ABG
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 36,428.90 |
| *and approved disbursements of* | $ | 366.56 |
| *leaving a balance on hand of* [1] | $ | 36,062.34 |

**Balance on hand:** $ 36,062.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 36,062.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 2,076.37 | 0.00 | 2,076.37 |

Total to be paid for chapter 7 administration expenses: $ 2,076.37
Remaining balance: $ 33,985.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 33,985.97

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 33,985.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,810.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CERASTES, LLC | 7,123.86 | 0.00 | 7,123.86 |
| 2 | Keynote Consulting Inc | 3,687.00 | 0.00 | 3,687.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 10,810.86 |
| Remaining balance: | $ | 23,175.11 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 23,175.11 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: $ | 0.00 |
| Remaining balance: $ | 23,175.11 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $9.89.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $23,165.22.

Prepared By:  /s/JOHN E. GIERUM
                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Jerald Keith Dachs
      Debtor

Case No. 14-19697-ABG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: cweston        Page 1 of 1        Date Rcvd: Dec 03, 2015
                         Form ID: pdf006        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2015.
```
db              Jerald Keith Dachs,   5907 Delaware Ave,   Gurnee, IL  60031-6325
21977286        Bank of Montreal Harris Bank,    P. O. Box 4320,   Carol Stream, IL 60197-4320
21977287       +Cap One,   26525 N Riverwoods Blvd.,   Mettawa, IL 60045-3440
21977288        Chase,   PO Box 15123,   Wilmington, DE 19850-5123
21977291        GM Card,   PO Box 71107,   Charlotte, NC 28272-1107
21977292        IL Bone & Joint Institute,   5057 Baysphere Circle,   Chicago, IL 60676
21977293        John P Freeland,   1616 Grand Ave,   #A,   Waukegan, IL 60085-3676
22229423       +Keynote Consulting Inc.,   220 Campus Dr # 102,   Arlington Heights, IL 60004-1498
21977294       +Keynote Consulting Inc.,   220 W Campus Drive,   Suite 102,   Arlington heights, IL 60004-1498
21977296        Lake County Surgeons, P. C.,   1 South Greenleaf,   Suite A,   Gurnee, IL 60031-3370
21977297       +Lake Shore Gastroenterology,   PO Box 7630,   Gurnee, IL 60031-7002
21977298       +Lake Shore Pathologists SC,   520 E 22nd St,   Lombard, IL 60148-6110
21977299       +Medical Business Bureau, LLC,   1175 Devin Dr.,   Ste. 173,   Norton Shores, MI 49441-6079
21977300       +Metro Center for Health,   901 McClintock Drive,   Suite 202,   Burr Ridge, IL 60527-0872
21977301        Oncology of Northern IL Ltd,   202 S. Greenleaf St.,   Suite E,   Gurnee, IL 60031-3399
21977303        PMD,   PO Box 3475,   Toledo, OH 43607-0475
21977302       +Park Ridge Anesthesiology,   PO B 1123,   Jackson, MI 49204-1123
21977304        Professional Account Services,   PO Box 188,   Brentwood, TN 37024-0188
21977306        Professional Account Services,   PO Box 68,   Brentwood, TN 37024-0068
21977307       +Thomas & Thomas Medical LTD,   3915 W Oglesby Ave.,   Gurnee, IL 60031-3358
21977308        Vista Imaging Assoc.,   P. O. Box 2049,   Dept. 5339,   Milwaukee, WI 53201-2049
21977312        Vista Medical Center East,   P. O. Box 504316,   St. Louis, MO 63150-4316
21977313        Vista Medical Center West,   PO Box 504369,   St. Louis, MO 63150-4369
21977314        Waukegan Clinic Group,   PO Box 8927,   Belfast, ME 04915-8927
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22245555       +E-mail/Text: bncmail@w-legal.com Dec 04 2015 01:18:45     CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
21977289       +E-mail/Text: KSMITH@DURHAM-DURHAM.COM Dec 04 2015 01:20:04   Durham and Durham,
                5665 New Northside Drive,   Suite 340,   Atlanta, GA 30328-5834
21977290        E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2015 01:15:49     GECRB/JCP,   PO Box 984100,
                El Paso, TX 79998
21977295       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 04 2015 01:17:43     Kohls/Capone,
                N56 W 17000 Ridgewood Dr.,   Menomonee Falls, WI 53051-7096
                                                                              TOTAL: 4
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21977305*      +Professional Account Services,   PO Box 188,   Brentwood, TN 37024-0188
21977309*       Vista Imaging Assoc.,   P. O. Box 2049,   Dept. 5339,   Milwaukee, WI 53201-2049
21977311*       Vista Imaging Assoc.,   P. O. Box 2049,   Dept. 5339,   Milwaukee, WI 53201-2049
21977310*      +Vista Imaging Assoc.,   P. O. Box 2049,   Dept. 5339,   Milwaukee, WI 53201-2049
                                                                    TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2015             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2015 at the address(es) listed below:
```
        John E Gierum    john@gierummantas.com,  IL25@ecfcbis.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Robert J Tomei    on behalf of Debtor 1 Jerald Keith Dachs robert@tomeilawfirm.com
                                                                   TOTAL: 3
```