### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: DACHS, JERALD KEITH | § | Case No. 14-19697-ABG |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $98,830.00 *(without deducting any secured claims)* | Assets Exempt: $9,531.00 |
| Total Distribution to Claimants: $10,820.75 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $2,442.93 | |

3) Total gross receipts of $ 36,428.90 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 23,165.22 (see **Exhibit 2**), yielded net receipts of $13,263.68
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,442.93 | 2,442.93 | 2,442.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 10,820.75 | 10,820.75 | 10,820.75 |
| **TOTAL DISBURSEMENTS** | $0.00 | $13,263.68 | $13,263.68 | $13,263.68 |

4)  This case was originally filed under Chapter 7 on May 27, 2014.
The case was pending for 24 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _05/23/2016_____   By:  _/s/JOHN E. GIERUM_____
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account: Bank of Montreal Harris Bank, | 1129-000 | 36,428.90 |
| **TOTAL GROSS RECEIPTS** | | **$36,428.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DACHS, JERALD KEITH | First and Final Distribution 8200-002 | | 23,165.22 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$23,165.22** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2200-000 | N/A | 25.76 | 25.76 | 25.76 |
| JOHN E. GIERUM | 2100-000 | N/A | 2,076.37 | 2,076.37 | 2,076.37 |
| Rabobank, N.A. | 2600-000 | N/A | 22.70 | 22.70 | 22.70 |
| Rabobank, N.A. | 2600-000 | N/A | 59.34 | 59.34 | 59.34 |
| Rabobank, N.A. | 2600-000 | N/A | 52.27 | 52.27 | 52.27 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 48.71 | 48.71 | 48.71 |
| Rabobank, N.A. | 2600-000 | N/A | 55.56 | 55.56 | 55.56 |
| Rabobank, N.A. | 2600-000 | N/A | 52.01 | 52.01 | 52.01 |
| Rabobank, N.A. | 2600-000 | N/A | 50.21 | 50.21 | 50.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,442.93 | $2,442.93 | $2,442.93 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CERASTES, LLC | 7100-000 | N/A | 7,123.86 | 7,123.86 | 7,123.86 |
| 1I | CERASTES, LLC | 7990-000 | N/A | 6.52 | 6.52 | 6.52 |
| 2 | Keynote Consulting Inc | 7100-000 | N/A | 3,687.00 | 3,687.00 | 3,687.00 |
| 2I | Keynote Consulting Inc | 7990-000 | N/A | 3.37 | 3.37 | 3.37 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $10,820.75 | $10,820.75 | $10,820.75 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19697-ABG

**Case Name:** DACHS, JERALD KEITH

**Period Ending:** 05/23/16

**Trustee:** (520171) JOHN E. GIERUM

**Filed (f) or Converted (c):** 05/27/14 (f)

**§341(a) Meeting Date:** 06/19/14

**Claims Bar Date:** 09/24/14

| 1 <br> Asset Description <br> (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | 2 <br> Petition/ <br> Unscheduled <br> Values | 3 <br> Estimated Net Value <br> (Value Determined By Trustee, <br> Less Liens, Exemptions, <br> and Other Costs) | 4 <br> Property <br> Abandoned <br> OA=§554(a) | 5 <br> Sale/Funds <br> Received by <br> the Estate | 6 <br> Asset Fully <br> Administered (FA)/ <br> Gross Value of <br> Remaining Assets |
|---|---|---|---|---|---|
| 1 | Residence: two story townhouse with two car, gar <br> Imported from original petition Doc# 1 | 90,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash: 0.00 <br> Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account: Bank of Montreal Harris Bank, <br> Imported from original petition Doc# 1 | 39,428.90 | 36,428.90 | | 36,428.90 | FA |
| 4 | Audio-Video: Panasonic CD player with speakers ( <br> Imported from original petition Doc# 1 | 25.00 | 25.00 | | 0.00 | FA |
| 5 | Office: 2010 Lenovo Laptop Computer (100.00), 20 <br> Imported from original petition Doc# 1 | 135.00 | 135.00 | | 0.00 | FA |
| 6 | Furniture: Broyhill 4 piece bedroom set 1997 (12 <br> Imported from original petition Doc# 1 | 805.00 | 805.00 | | 0.00 | FA |
| 7 | Appliances: Dynex TV/DVD 30 2010 (75.00) Hotpoin <br> Imported from original petition Doc# 1 | 195.00 | 195.00 | | 0.00 | FA |
| 8 | Household: Household goods (40.00) Kitchen items <br> Imported from original petition Doc# 1 | 70.00 | 70.00 | | 0.00 | FA |
| 9 | Collectibles: 150 cups and saucers (300.00) butt <br> Imported from original petition Doc# 1 | 820.00 | 820.00 | | 0.00 | FA |
| 10 | Books-Music: 200 music CD's 159 books <br> Imported from original petition Doc# 1 | 150.00 | 150.00 | | 0.00 | FA |
| 11 | Collectibles: Oil painting seascape 1998 apprais <br> Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 12 | Collectibles: Oil Painting Flower scene 1998 app <br> Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 13 | Clothes: Shirts, shoes, jackets, etc. for 1 adul <br> Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Retirement: Retirement based immediate annuity c <br> Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Monthly Social Security Income expected disburse <br> Imported from original petition Doc# 1 | 1,631.00 | 0.00 | | 0.00 | FA |
| 16 | Auto: 2010 Hyundai, Accent, 81,000 miles, fair-a <br> Imported from original petition Doc# 1 | 4,299.00 | 899.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19697-ABG

**Case Name:** DACHS, JERALD KEITH

**Period Ending:** 05/23/16

**Trustee:** (520171)   JOHN E. GIERUM

**Filed (f) or Converted (c):** 05/27/14 (f)

**§341(a) Meeting Date:** 06/19/14

**Claims Bar Date:** 09/24/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property Abandoned**<br>OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **16   Assets   Totals** (Excluding unknown values) | **$138,258.90** | **$39,727.90** | | **$36,428.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final compensation awarded and distribution checks sent out 1/16.

**Initial Projected Date Of Final Report (TFR):**      December 31, 2016

**Current Projected Date Of Final Report (TFR):**      August 21, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-19697-ABG

**Case Name:** DACHS, JERALD KEITH

**Taxpayer ID #:** **-***1709

**Period Ending:** 05/23/16

**Trustee:** JOHN E. GIERUM (520171)

**Bank Name:** Rabobank, N.A.

**Account:** ******3266 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/12/14 | {3} | Jerald K. Dachs | Checking Account: Bank of Montreal Harris Bank | 1129-000 | 36,428.90 | | 36,428.90 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.70 | 36,406.20 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.34 | 36,346.86 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.27 | 36,294.59 |
| 02/18/15 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #14-19697, Reimbursement for Blanket Bond No. 10BSBGR6291 | 2200-000 | | 25.76 | 36,268.83 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.71 | 36,220.12 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.56 | 36,164.56 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.01 | 36,112.55 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.21 | 36,062.34 |
| 01/13/16 | 102 | JOHN E. GIERUM | Dividend paid 100.00% on $2,076.37, Trustee Compensation; Reference: | 2100-000 | | 2,076.37 | 33,985.97 |
| 01/13/16 | 103 | DACHS, JERALD KEITH | First and Final Distribution | 8200-002 | | 23,165.22 | 10,820.75 |
| 01/13/16 | 104 | CERASTES, LLC | Combined Check for Claims#1,1I | | | 7,130.38 | 3,690.37 |
| | | | Dividend paid 100.00%        7,123.86 on $7,123.86;  Claim# 1; Filed: $7,123.86 | 7100-000 | | | 3,690.37 |
| | | | Dividend paid 100.00%        6.52 on $6.52;  Claim# 1I; Filed: $6.52 | 7990-000 | | | 3,690.37 |
| 01/13/16 | 105 | Keynote Consulting Inc | Combined Check for Claims#2,2I | | | 3,690.37 | 0.00 |
| | | | Dividend paid 100.00%        3,687.00 on $3,687.00;  Claim# 2; Filed: $3,687.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%        3.37 on $3.37;  Claim# 2I; Filed: $3.37 | 7990-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 36,428.90 | 36,428.90 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 36,428.90 | 36,428.90 | |
| Less: Payments to Debtors | | 23,165.22 | |
| **NET Receipts / Disbursements** | **$36,428.90** | **$13,263.68** | |

{} Asset reference(s)

Printed: 05/23/2016 03:37 PM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-19697-ABG

**Case Name:** DACHS, JERALD KEITH

**Taxpayer ID #:** **-***1709

**Period Ending:** 05/23/16

**Trustee:** JOHN E. GIERUM (520171)

**Bank Name:** Rabobank, N.A.

**Account:** ******3266 - Checking Account

**Blanket Bond:** $5,000,000.00   (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | | | | |
| **Checking # ******3266** | | | | | 36,428.90 | 13,263.68 | 0.00 |
|  | | | | | $36,428.90 | $13,263.68 | $0.00 |

{} Asset reference(s)

Printed: 05/23/2016 03:37 PM    V.13.25